Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs   **JUDGE SULLIVAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

                      Plaintiffs,

-against-

NEW AMERICAN RESTORATION, INC.

                      Defendants.
--------------------------------------------------------------x

Civil Action No.
**'08 CIV 4207**

ECF CASE

RULE 7.1 Statement

RECEIVED MAY 02 2008 U.S.D.C. S.D. N.Y. CASHIERS

Plaintiffs, Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
      April 21, 2008

                                    Respectfully submitted,

                    By: _____
                           Haluk Savci (HS 0853)
                           Mason Tenders District Council
                           Of Greater New York
                           520 Eighth Avenue, Suite 650
                           New York, NY
                           (212) 452-9407